IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>Vs.<br><br>JAYSON CRUZ-FERNANDEZ<br>*Defendant* | CRIMINAL NO. 20-cr-229 (GAG-MDM) |

## MOTION TO AMEND JUDGMENT AND MINUTES OF SENTENCING HEARING

TO THE HONORABLE COURT:

COMES NOW Defendant, through the undersigned counsel, and respectfully requests the Court to amend its judgment and minutes of sentencing hearing. (d.e. 53 and 52, respectively). During the sentencing hearing on July 6, 2021, the Court sentenced Jayson Cruz-Fernandez to a term of imprisonment of forty-six (46) months, per the request of the parties, but the written judgment and minutes states that the term of imprisonment will be fifty-seven (57) months.

**WHEREFORE,** it is respectfully requested from this Honorable Court to amend its judgment to reflect the correct term of imprisonment imposed by the Court.

I HEREBY CERTIFY: that I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 9th day of July, 2021.

S/ Fernando O. Zambrana-Aviles
Fernando O. Zambrana Avilés, Esq.
Colon Serrano Zambrana, LLC
USDC No. 227012
PO Box 360610
San Juan, PR 00936-0610
Tel. 787-919-0026
Email: fernando@cszlawpr.com